# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Melener Lovette Akridge
5801 Battery Drive
Greensboro, NC 27409

CASE NO.: 25–04004–5–DMW

DATE FILED: October 10, 2025

CHAPTER: 13

ORDER CONFIRMING CHAPTER 13 PLAN

This matter comes before the court upon the Chapter 13 Plan/Amended Plan filed in the above–referenced matter, and the court finds the most recent plan/amended plan should be confirmed; now therefore,

IT IS HEREBY ORDERED as follows:

1. The most recent plan /amended plan is confirmed;

2. The trustee is directed to perform the following:

    a. Pay the commissions and expenses to the trustee and fees and costs to the debtor's attorney, as contained in the most recent plan/amended plan;

    b. Pay the administrative expenses and creditors with timely filed proofs of claim pursuant to the plan; and;

    c. File a final report and file a final account of the administration of the estate with the court.

3. **The debtor(s) shall not transfer any interest in real property without prior approval of the court except as provided in Local Bankruptcy Rule 4002–1(g)(4) and (5).**

4. This order does not prejudice the debtor(s) or trustee from objecting to claims or from bringing any applicable avoidance action.

DATED: December 18, 2025

David M. Warren
United States Bankruptcy Judge