In Re:

**MELENER LOVETTE AKRIDGE**

Social Security No.: xxx-xx-2347
Address:5801 Battery Drive, Apartment 2A, Greensboro, NC 27409-

Debtor

**CASE NO.  25-04004-5-DMW**
**CHAPTER   13**

## OPPOSITION TO MOTION FOR RELIEF

The Debtor, by and through the attorney undersigned, hereby oppose the motion for relief from automatic stay filed by SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA (hereinafter the "creditor"), and dated 4/7/26, in its entirety, based upon the following:

**Alledged Delinquency In Post-Petition Payments:**

The Debtor admits that there is a delinquency in post-petition payments due directly to the creditor; however, the Debtor offers the following proposal to cure this delinquency:

1.      The Debtor will resume making her regular monthly payments (hereinafter "regular payment") directly to the creditor, starting with the payment which comes due on or about April 11, 2026.  In addition, the Debtor agrees that in the event the she should henceforth fails to make any of these regular payments within 30 days after the date it comes due, the creditor shall be granted immediate relief from the automatic stay, without further notice, hearing or order.  The Debtor requests, however, that this "drop dead" provision terminate 12 months after the date of the entry of the Order resolving this matter.

2.      In addition to resuming regular payments to this creditor, the Debtor will also pay the creditor an extra payment (hereinafter "extra payment") each and every month, in the amount of $ 282.00, starting and along with the regular payment which comes due on May 11, 2026, and continuing until the alleged delinquency is paid in full.

**Reimbursement Of Creditor's Attorney Fees**

The Debtor agrees to pay the expense incurred by the creditor in having to file this motion to the following extent: Attorney's fee  in the amount of 600.00, plus reimbursement of the filing fee in the amount of $75.00.  Said sum should be  paid by the Chapter 13 Trustee "inside" the Chapter 13plan, with the Chapter 13 plan deemed extended accordingly.

Debtor's Attorney Fees:

The Debtor also moves the Court for approval of an presumptive additional attorney fee pursuant to General Order of this Court dated 1/2/24 to pay for the defense of this motion.

**WHEREFORE**, the Debtor prays that the Court deny the creditor's motion, set this matter for hearing, award Debtor's attorney the presumptive fee of $600, and provide such other relief as to the Court

seems just and proper

Dated: April 9, 2026

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ Edward C. Boltz

Edward C. Boltz
Attorney for the Debtor
N.C. State Bar No. 23003
6616-203 Six Forks Road
Raleigh, N.C. 27615
Telephone: (919) 286-1695
Fax: (919) 286-2704
Email: postlegal@johnorcutt.com

# CERTIFICATE OF SERVICE

I, Charlene Ennemoser, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on April 9, 2026, I served copies of the foregoing **OPPOSITION TO MOTION FOR RELIEF** , by automatic **electronic noticing** upon the following parties:

Michael Burnett
Chapter 13 Trustee

Eudora F. S. Arthur
Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA

by **regular U.S. mail**, upon the following parties:

MELENER LOVETTE AKRIDGE
5801 Battery Drive
Apartment 2A
Greensboro, NC 27409-